**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Case No.: 75-914-PA                                         Date of Proceeding: 7/23/03

Case Title: United States v. Ben Adair, et al.

Presiding Judge: Owen M. Panner                   Courtroom Deputy: Margaret Hunt

Reporter: None                                                    Tape No: _____

**DOCKET ENTRY:**

Record of Order: In accordance with the opinion of the Ninth Circuit Court of Appeals, filed on July 21, 2003, this matter is stayed pending completion of the Oregon Water Resources Department administrative adjudication of claims to water in the Klamath Basin, and any appellate review thereof.

**PLAINTIFF'S COUNSEL**                         **DEFENDANT'S COUNSEL**

                                                                         **DOCUMENT NO:** _____
cc:    { } All counsel                                          **CIVIL MINUTES**

Civil Minutes                                                       Honorable Owen M. Panner
JS