JUDGMENT
================================================================================

DEC 17 2003
MANDATE ISSUED

```
                    UNITED STATES COURT OF APPEALS
                         FOR THE NINTH CIRCUIT
```

---------------

                                    NO. 02-35441
                                    CT/AG#: CV-75-00914-OMP

UNITED STATES OF AMERICA

       Plaintiff - Appellee

  v.

BOYD P. BRAREN; BOYD P. BRAREN TRUST; MARILYN J. MOSBY; JOHN
M. MOSBY; LESLIE HUFFORD; KENNETH J. HUFFORD; HART ESTATE
INVESTMENT COMPANY; PEGGY MARENCO

       Defendants - Appellants

       and

STATE OF OREGON

       Defendant-intervenor

  v.

KLAMATH INDIAN TRIBES

       Plaintiff-intervenor - Appellee

-----------------------------

STATES OF IDAHO, COLORADO, NEVADA AND UTAH

       Amicus

                                    NO. 02-35446
                                    CT/AG#: CV-75-00914-OMP

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BOYD P. BRAREN; BOYD P. BRAREN TRUST; MARILYN J. MOSBY; JOHN M. MOSBY; LESLIE HUFFORD; KENNETH J. HUFFORD; HART ESTATE INVESTMENT COMPANY; PEGGY MARENCO

    Defendants

  and

STATE OF OREGON

    Defendant-intervenor - Appellant

v.

KLAMATH INDIAN TRIBES

    Plaintiff-intervenor - Appellee

--------------------------

STATES OF IDAHO, COLORADO, NEVADA AND UTAH

    Amicus

--------------------

    APPEAL FROM the United States District Court for the District of Oregon (Portland).

    THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted.

    ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is VACATED and REMANDED. Each party shall bear its own costs in this appeal.

Filed and entered July 21, 2003

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 17 2003

by Juanya V. Nox
Deputy Clerk